JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>WALMART, INC., a Delaware corporation; and DOES 1 through 10,<br><br>      Defendants. | Case No. 2:18-cv-09461-R-FFM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

     Upon consideration of the Stipulation for Dismissal Without Prejudice filed by the parties in this action, and for good cause shown:

     **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

Dated: October 3, 2019

_____
United States District Court Judge